**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: WICHMAN, CHRISTOPHER L. § | Case No. 12-80324-TML |
| WICHMAN, DORIAN D. § | |
| § | |
| Debtor(s) § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on January 31, 2012. The undersigned trustee was appointed on April 04, 2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $        9,500.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 1,600.00 |
   | Administrative expenses | 1,035.93 |
   | Bank service fees | 433.45 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1]  $ | 6,430.62 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 06/18/2012 and the deadline for filing governmental claims was 06/18/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,700.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,700.00, for a total compensation of $1,700.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/08/2015          By: /s/STEPHEN G. BALSLEY
                          Trustee, Bar No.: 1048412

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-80324-TML  
**Case Name:** WICHMAN, CHRISTOPHER L.  
  WICHMAN, DORIAN D.  
**Period Ending:** 10/08/15

**Trustee:**   (330410)   STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 01/31/12 (f)  
**§341(a) Meeting Date:** 03/08/12  
**Claims Bar Date:** 06/18/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Vacant lot, Fox River Grove, IL<br>  See Order to Employ Realtor entered 8/29/12.<br>See Order to Abandon Real Estate entered 10/7/15. | 30,000.00 | 30,000.00 | OA | 0.00 | FA |
| 2 | Cash | 100.00 | 0.00 | | 0.00 | FA |
| 3 | Checking accounts Bank of Palatine | 200.00 | 0.00 | | 0.00 | FA |
| 4 | Savings Account Bank of Palatine | 200.00 | 0.00 | | 0.00 | FA |
| 5 | Checking account Harris Bank | 1,000.00 | 0.00 | | 0.00 | FA |
| 6 | Sofa,chairs,tables,lamps, TV's, 3 bedroom sets,k | 1,500.00 | 0.00 | | 0.00 | FA |
| 7 | Wearing apparel | 500.00 | 0.00 | | 0.00 | FA |
| 8 | Wedding rings, costume jewelry, watches | 650.00 | 0.00 | | 0.00 | FA |
| 9 | 2003 Nissan Murano | 500.00 | 0.00 | | 0.00 | FA |
| 10 | 2001 Chevrolet Suburban | 500.00 | 0.00 | | 0.00 | FA |
| 11 | Royal Heritage Z60 Harris Pontoon<br>  See Order to Sell Assets entered September 19, 2012. | 11,100.00 | 4,500.00 | | 4,500.00 | FA |
| 12 | 1997 Horizon Four Winds Boat | 8,500.00 | 8,500.00 | | 4,500.00 | FA |
| 13 | 1997 Four Winds Trailer | 1,000.00 | 1,000.00 | | 500.00 | FA |
| 13 | **Assets    Totals** (Excluding unknown values) | **$55,750.00** | **$44,000.00** | | **$9,500.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   December 31, 2013    **Current Projected Date Of Final Report (TFR):**   October 7, 2015  (Actual)

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-80324-TML  
**Case Name:** WICHMAN, CHRISTOPHER L.  
WICHMAN, DORIAN D.  
**Taxpayer ID #:** **-***1720  
**Period Ending:** 10/08/15

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******48-66 - Checking Account  
**Blanket Bond:** $8,842,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/28/12 | {11} | Dorian Wichman | Down Payment for Bankruptcy Estate's interest in pontoon boat - $500.00 monthly payments to follow | 1129-000 | 2,000.00 | | 2,000.00 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,975.00 |
| 09/22/12 | {11} | Chris and Dorian Wichman | 1st payment for Bankruptcy Estate's interest in pontoon boat | 1129-000 | 500.00 | | 2,475.00 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,450.00 |
| 10/18/12 | {11} | Chris and Dorian Wichman | 2nd payment for Bankruptcy Estate's interest in pontoon boat | 1129-000 | 500.00 | | 2,950.00 |
| 10/25/12 | | Action Auctioneering | Auction Proceeds of Sale | | 5,000.00 | | 7,950.00 |
| | {12} | | Sale at auction       4,500.00 | 1129-000 | | | 7,950.00 |
| | {13} | | Sale at auction         500.00 | 1129-000 | | | 7,950.00 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,925.00 |
| 11/12/12 | {11} | Chris and Dorian Wichman | 3rd payment for Bankruptcy Estate's interest in pontoon boat | 1129-000 | 500.00 | | 8,425.00 |
| 11/19/12 | 101 | Terry Firch | Auctioneer Fees and Expenses | | | 1,000.00 | 7,425.00 |
| | | | Commission              750.00 | 3610-000 | | | 7,425.00 |
| | | | Towing                  250.00 | 3620-000 | | | 7,425.00 |
| 11/19/12 | 102 | Fox 14 Marina | Storage Lien for Four Winns Boat and Trailer | 4220-000 | | 1,600.00 | 5,825.00 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,800.00 |
| 12/17/12 | {11} | Dorian D. Wichman | 4th payment for Bankruptcy Estate's interest in pontoon boat | 1129-000 | 500.00 | | 6,300.00 |
| 12/18/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033041088 20121218 | 9999-000 | | 5,800.00 | 500.00 |
| 01/08/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033041088 20130108 | 9999-000 | | 500.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 9,000.00 | 9,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 6,300.00 | |
| | | | **Subtotal** | | 9,000.00 | 2,700.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$9,000.00** | **$2,700.00** | |

{} Asset reference(s)

Printed: 10/08/2015 01:06 PM    V.13.25

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 12-80324-TML | **Trustee:** STEPHEN G. BALSLEY (330410) |
| **Case Name:** WICHMAN, CHRISTOPHER L. | **Bank Name:** Rabobank, N.A. |
| WICHMAN, DORIAN D. | **Account:** ******6466 - Checking Account |
| **Taxpayer ID #:** **-***1720 | **Blanket Bond:** $8,842,000.00 (per case limit) |
| **Period Ending:** 10/08/15 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/19/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 5,800.00 | | 5,800.00 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,790.00 |
| 01/09/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 500.00 | | 6,290.00 |
| 01/28/13 | {11} | Dorian Wichman | 5th (final) payment for Bankruptcy Estate's interest in pontoon boat | 1129-000 | 500.00 | | 6,790.00 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,780.00 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,770.00 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,760.00 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.37 | 6,749.63 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.03 | 6,739.60 |
| 06/03/13 | 10103 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/03/2013 FOR CASE #12-80324 | 2300-000 | | 9.45 | 6,730.15 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,720.15 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.62 | 6,709.53 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,699.53 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,689.53 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.58 | 6,678.95 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,668.95 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.55 | 6,658.40 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,648.40 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,638.40 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,628.40 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.17 | 6,618.23 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,608.23 |
| 06/06/14 | 10104 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/06/2014 FOR CASE #12-80324 | 2300-000 | | 12.12 | 6,596.11 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,586.11 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.41 | 6,575.70 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,565.70 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.07 | 6,555.63 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,545.63 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,535.63 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.65 | 6,524.98 |

Subtotals :           $6,800.00           $275.02

{} Asset reference(s)                                    Printed: 10/08/2015 01:06 PM    V.13.25

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 12-80324-TML | | **Trustee:** | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| **Case Name:** | WICHMAN, CHRISTOPHER L. | | **Bank Name:** | Rabobank, N.A. |
| | WICHMAN, DORIAN D. | | **Account:** | ******6466 - Checking Account |
| **Taxpayer ID #:** | **-***1720 | | **Blanket Bond:** | $8,842,000.00 (per case limit) |
| **Period Ending:** | 10/08/15 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,514.98 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,504.98 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,494.98 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,484.98 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,474.98 |
| 06/09/15 | 10105 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/09/2015 FOR CASE #12-80324 | 2300-000 | | 14.36 | 6,460.62 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,450.62 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,440.62 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,430.62 |
| | | | **ACCOUNT TOTALS** | | 6,800.00 | 369.38 | **$6,430.62** |
| | | | Less: Bank Transfers | | 6,300.00 | 0.00 | |
| | | | **Subtotal** | | 500.00 | 369.38 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$500.00** | **$369.38** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ****-******48-66 | 9,000.00 | 2,700.00 | 0.00 |
| Checking # ******6466 | 500.00 | 369.38 | 6,430.62 |
| | **$9,500.00** | **$3,069.38** | **$6,430.62** |

{} Asset reference(s)                                           Printed: 10/08/2015 01:06 PM     V.13.25

# Exhibit C

## Case: 12-80324-TML   WICHMAN, CHRISTOPHER L.

Claims Bar Date: 06/18/12

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Barrick, Switzer, Long, Balsley & Van Evera<br>6833 Stalter Drive<br><br>Rockford, IL 61108<br><3210-00  Attorney for Trustee Fees (Other Firm)>, 200 | Admin Ch. 7<br>01/31/12 | Voluntary reduction of attorney fees by approximately 37% in order to increase distribution to creditors. | $4,025.50<br>$2,525.50 | $0.00 | $2,525.50 |
| | STEPHEN G. BALSLEY<br>6833 STALTER DRIVE<br>ROCKFORD, IL 61108<br><2100-00  Trustee Compensation>, 200 | Admin Ch. 7<br>01/31/12 | | $1,700.00<br>$1,700.00 | $0.00 | $1,700.00 |
| 1 | Quantum3 Group LLC as agent for<br>World Financial Capital Bank<br>PO Box 788<br>Kirkland, WA 98083-0788<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>04/02/12 | World Financial Capital Bank<br>PO Box 788<br>Kirkland, WA 980830788<br>--------------------------------------------------------------------------------* * * | $631.55<br>$631.55 | $0.00 | $631.55 |
| 2 | Evergreen Bank Group<br>c/o Crowley & Lamb, P.C.<br>1515 W. 22nd St., Ste. 125<br>Oak Brook, IL 60523<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>04/11/12 | c/o Crowley & Lamb, P.C.<br>221 N. LaSalle Street, #1550<br>Chicago, IL 60601<br>--------------------------------------------------------------------------------* * * | $129,486.16<br>$129,486.16 | $0.00 | $129,486.16 |
| 3 | American InfoSource LP as agent for<br>TD Bank, USA<br>PO Box 248866<br><br>Oklahoma City, OK 73124<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>04/30/12 | PO Box 248866<br>Oklahoma City, OK 73124<br>--------------------------------------------------------------------------------* * * | $5,182.13<br>$5,182.13 | $0.00 | $5,182.13 |
| 4 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br><br>Wilmington, DE 19886-5102<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>04/30/12 | PO Box 15102<br>Wilmington, DE 198865102<br>--------------------------------------------------------------------------------* * * | $524.86<br>$524.86 | $0.00 | $524.86 |

# Exhibit C

### Case:  12-80324-TML    WICHMAN, CHRISTOPHER L.

Claims Bar Date:  06/18/12

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 5 | PYOD, LLC its successors and assigns as assignee of Citibank Resurgent Capital Services,PO Box 19008 Greenville, SC 29602 | Unsecured 06/13/12 | of Citibank Resurgent Capital Services,PO Box 19008 Greenville, SC 29602 | $3,853.35 $3,853.35 | $0.00 | $3,853.35 |
| | | | ------------------------------------------------------------------------------* * * | | | |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| | | | **Case Total:** | | **$0.00** | **$143,903.55** |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 12-80324-TML
Case Name: WICHMAN, CHRISTOPHER L.
Trustee Name: STEPHEN G. BALSLEY

**Balance on hand:** $ 6,430.62

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:  $ 0.00
Remaining balance:  $ 6,430.62

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 1,700.00 | 0.00 | 1,700.00 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 2,525.50 | 0.00 | 2,525.50 |

Total to be paid for chapter 7 administration expenses:  $ 4,225.50
Remaining balance:  $ 2,205.12

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $ 0.00
Remaining balance:  $ 2,205.12

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

**UST Form 101-7-TFR (05/1/2011)**

|  |  |
|---|---:|
| Total to be paid for priority claims: | $ 0.00 |
| Remaining balance: | $ 2,205.12 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 139,678.05 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | Quantum3 Group LLC as agent for | 631.55 | 0.00 | 9.97 |
| 2 | Evergreen Bank Group | 129,486.16 | 0.00 | 2,044.22 |
| 3 | American InfoSource LP as agent for TD Bank, USA | 5,182.13 | 0.00 | 81.81 |
| 4 | FIA CARD SERVICES, N.A. | 524.86 | 0.00 | 8.29 |
| 5 | PYOD, LLC its successors and assigns as assignee | 3,853.35 | 0.00 | 60.83 |

|  |  |
|---|---:|
| Total to be paid for timely general unsecured claims: | $ 2,205.12 |
| Remaining balance: | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
|  | None |  |  |  |

|  |  |
|---|---:|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for subordinated claims: **$**          0.00
Remaining balance:                          $          0.00

**UST Form 101-7-TFR (05/1/2011)**