# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: WICHMAN, CHRISTOPHER L. § Case No. 12-80324-TML
       WICHMAN, DORIAN D.       §
                                §
Debtor(s)                       §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>STEPHEN G. BALSLEY</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

U.S. Courthouse
327 South Church Street
Room 1100
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 11/18/2015 in Courtroom 3100, United States Courthouse,
U.S. Courthouse
327 South Church Street
Courtroom 3100
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date:  10/26/2015        By:    /s/ STEPHEN G. BALSLEY
                                         Trustee, Bar No.: 1048412

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611
sbalsley@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In re: WICHMAN, CHRISTOPHER L. § Case No. 12-80324-TML
WICHMAN, DORIAN D. §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 9,500.00 |
| *and approved disbursements of* | $ 3,069.38 |
| *leaving a balance on hand of* [1] | $ 6,430.62 |
| **Balance on hand:** | $ 6,430.62 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 6,430.62 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - STEPHEN G. BALSLEY | 1,700.00 | 0.00 | 1,700.00 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 2,525.50 | 0.00 | 2,525.50 |

| | |
|---|---:|
| Total to be paid for chapter 7 administration expenses: | $ 4,225.50 |
| Remaining balance: | $ 2,205.12 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

|  |  |  |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 2,205.12 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 2,205.12 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 139,678.05 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for | 631.55 | 0.00 | 9.97 |
| 2 | Evergreen Bank Group | 129,486.16 | 0.00 | 2,044.22 |
| 3 | American InfoSource LP as agent for TD Bank, USA | 5,182.13 | 0.00 | 81.81 |
| 4 | FIA CARD SERVICES, N.A. | 524.86 | 0.00 | 8.29 |
| 5 | PYOD, LLC its successors and assigns as assignee | 3,853.35 | 0.00 | 60.83 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 2,205.12 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/STEPHEN G. BALSLEY
Trustee, Bar No.: 1048412

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611
sbalsley@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                          United States Bankruptcy Court
                          Northern District of Illinois

In re:                                                    Case No. 12-80324-TML
Christopher L. Wichman                                    Chapter 7
Dorian D. Wichman
       Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: cshabez            Page 1 of 2              Date Rcvd: Oct 27, 2015
                              Form ID: pdf006         Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 29, 2015.
db           #+Christopher L. Wichman,    773 Weston Drive,   Crystal Lake, IL 60014-8582
jdb          #+Dorian D. Wichman,    773 Weston Drive,   Crystal Lake, IL 60014-8582
20320104      American InfoSource LP as agent for TD Bank, USA,    PO Box 248866,
                Oklahoma City, OK   73124-8866
18852978     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:  FIA CARD SERVICES, N.A.,    PO Box 15102,
                Wilmington, DE 19886-5102)
18426087     +Bank of America,   P.O. Box 851001,    Dallas, TX 75285-1001
18426088     +Bill Me Later,   P.O. Box 105658,    Atlanta, GA 30348-5658
18426089    ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
                (address filed with court:  Dell Business Credit,    P.O. Box 5275,   Carol Stream, IL 60197)
18764210     +Evergreen Bank Group,    c/o Crowley & Lamb, P.C.,    221 N. LaSalle Street, #1550,
                Chicago, IL 60601-1224
18426090     +Evergreen Bank Group,    c/o Crowley & Lamb, P.C.,    350 N. LaSalle St. Ste 900,
                Chicago, IL 60654-5136
18426091     +Harris MC,    P.O. Box 6201,   Carol Stream, IL 60197-6201
18426092     +Home Shopping Network,    P.O. Box 183003,    Columbus, OH 43218-3003
18426094     +Macy's,    P.O. Box 8113,   Mason, OH 45040-8113
18426095     +SEARS Card,    P.O. Box 6283,   Sioux Falls, SD 57117-6283
18426096     +Target Visa,    P.O. Box 5330,   Sioux Falls, SD 57117-5330

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18848327        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 28 2015 01:02:07
                 American InfoSource LP as agent for,   Target,    PO Box 248866,
                 Oklahoma City, OK   73124-8866
18426093      +E-mail/Text: cio.bncmail@irs.gov Oct 28 2015 00:54:50     Internal Revenue Service,
                 P.O. Box 7346,   Philadelphia, PA 19101-7346
19027146      +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 28 2015 00:48:34
                 PYOD, LLC its successors and assigns as assignee,    of Citibank,   Resurgent Capital Services,
                 PO Box 19008,   Greenville, SC 29602-9008
18724077        E-mail/Text: bnc-quantum@quantum3group.com Oct 28 2015 00:55:14
                 Quantum3 Group LLC as agent for,   World Financial Capital Bank,    PO Box 788,
                 Kirkland, WA   98083-0788
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2015                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 26, 2015 at the address(es) listed below:
          Cynthia J Briscoe   on behalf of Joint Debtor Dorian D. Wichman briscoelaw@earthlink.net
          Cynthia J Briscoe   on behalf of Debtor Christopher L. Wichman briscoelaw@earthlink.net
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
          Stephen G Balsley   on behalf of Trustee Stephen G Balsley sbalsley@bslbv.com,   IL47@ecfcbis.com
          Stephen G Balsley   sbalsley@bslbv.com,   IL47@ecfcbis.com
          Stephen G Balsley   on behalf of Auctioneer Terry M Firch sbalsley@bslbv.com,   IL47@ecfcbis.com
```

```
District/off: 0752-3          User: cshabez              Page 2 of 2             Date Rcvd: Oct 27, 2015
                              Form ID: pdf006            Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

TOTAL: 6