**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: WICHMAN, CHRISTOPHER L.      § Case No. 12-80324-TML
       WICHMAN, DORIAN D.           §
                                    §
Debtor(s)                           §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $35,150.00            Assets Exempt: $9,500.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $3,805.12     Claims Discharged
                                               Without Payment: $150,911.75

Total Expenses of Administration: $5,694.88

3) Total gross receipts of $ 9,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $9,500.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $2,371.55 | $1,600.00 | $1,600.00 | $1,600.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 7,194.88 | 5,694.88 | 5,694.88 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 5,173.82 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 146,996.16 | 139,678.05 | 139,678.05 | 2,205.12 |
| **TOTAL DISBURSEMENTS** | $154,541.53 | $148,472.93 | $146,972.93 | $9,500.00 |

    4) This case was originally filed under Chapter 7 on January 31, 2012. The case was pending for 47 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/05/2016     By: /s/STEPHEN G. BALSLEY
                                                   Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Royal Heritage Z60 Harris Pontoon | 1129-000 | 4,500.00 |
| 1997 Horizon Four Winds Boat | 1129-000 | 4,500.00 |
| 1997 Four Winds Trailer | 1129-000 | 500.00 |
| **TOTAL GROSS RECEIPTS** | | **$9,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Dell Business Credit | 4110-000 | 2,371.55 | N/A | N/A | 0.00 |
| | Fox 14 Marina | 4220-000 | N/A | 1,600.00 | 1,600.00 | 1,600.00 |
| **TOTAL SECURED CLAIMS** | | | **$2,371.55** | **$1,600.00** | **$1,600.00** | **$1,600.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 1,700.00 | 1,700.00 | 1,700.00 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3210-000 | N/A | 4,025.50 | 2,525.50 | 2,525.50 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Terry Firch | 3610-000 | N/A | 750.00 | 750.00 | 750.00 |
| Terry Firch | 3620-000 | N/A | 250.00 | 250.00 | 250.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.37 | 10.37 | 10.37 |
| Rabobank, N.A. | 2600-000 | N/A | 10.03 | 10.03 | 10.03 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 9.45 | 9.45 | 9.45 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.62 | 10.62 | 10.62 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.58 | 10.58 | 10.58 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.55 | 10.55 | 10.55 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.17 | 10.17 | 10.17 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 12.12 | 12.12 | 12.12 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.41 | 10.41 | 10.41 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.07 | 10.07 | 10.07 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.65 | 10.65 | 10.65 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 14.36 | 14.36 | 14.36 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$7,194.88** | **$5,694.88** | **$5,694.88** |

### EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Internal Revenue Service | 5200-000 | 5,173.82 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$5,173.82** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for | 7100-000 | 545.00 | 631.55 | 631.55 | 9.97 |
| 2 | Evergreen Bank Group | 7100-000 | 129,486.16 | 129,486.16 | 129,486.16 | 2,044.22 |
| 3 | American InfoSource LP as agent for TD Bank, USA | 7100-000 | 4,825.00 | 5,182.13 | 5,182.13 | 81.81 |
| 4 | FIA CARD SERVICES, N.A. | 7100-000 | 500.00 | 524.86 | 524.86 | 8.29 |
| 5 | PYOD, LLC its successors and assigns as assignee | 7100-000 | 3,375.00 | 3,853.35 | 3,853.35 | 60.83 |
| NOTFILED | Harris MC | 7100-000 | 5,000.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Bill Me Later | 7100-000 | 2,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Macy's | 7100-000 | 765.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $146,996.16 | $139,678.05 | $139,678.05 | $2,205.12 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-80324-TML  
**Case Name:** WICHMAN, CHRISTOPHER L.  
WICHMAN, DORIAN D.  
**Period Ending:** 01/05/16

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 01/31/12 (f)  
**§341(a) Meeting Date:** 03/08/12  
**Claims Bar Date:** 06/18/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Vacant lot, Fox River Grove, IL    See Order to Employ Realtor entered 8/29/12.   See Order to Abandon Real Estate entered 10/7/15. | 30,000.00 | 30,000.00 | OA | 0.00 | FA |
| 2  Cash | 100.00 | 0.00 | | 0.00 | FA |
| 3  Checking accounts Bank of Palatine | 200.00 | 0.00 | | 0.00 | FA |
| 4  Savings Account Bank of Palatine | 200.00 | 0.00 | | 0.00 | FA |
| 5  Checking account Harris Bank | 1,000.00 | 0.00 | | 0.00 | FA |
| 6  Sofa,chairs,tables,lamps, TV's, 3 bedroom sets,k | 1,500.00 | 0.00 | | 0.00 | FA |
| 7  Wearing apparel | 500.00 | 0.00 | | 0.00 | FA |
| 8  Wedding rings, costume jewelry, watches | 650.00 | 0.00 | | 0.00 | FA |
| 9  2003 Nissan Murano | 500.00 | 0.00 | | 0.00 | FA |
| 10  2001 Chevrolet Suburban | 500.00 | 0.00 | | 0.00 | FA |
| 11  Royal Heritage Z60 Harris Pontoon    See Order to Sell Assets entered September 19, 2012. | 11,100.00 | 4,500.00 | | 4,500.00 | FA |
| 12  1997 Horizon Four Winds Boat | 8,500.00 | 8,500.00 | | 4,500.00 | FA |
| 13  1997 Four Winds Trailer | 1,000.00 | 1,000.00 | | 500.00 | FA |
| 13  Assets   Totals (Excluding unknown values) | **$55,750.00** | **$44,000.00** | | **$9,500.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   December 31, 2013         **Current Projected Date Of Final Report (TFR):**   October 7, 2015  (Actual)

Printed: 01/05/2016 12:30 PM    V.13.25

Exhibit 9

## Form 2

### Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-80324-TML  
**Case Name:** WICHMAN, CHRISTOPHER L.  
WICHMAN, DORIAN D.  
**Taxpayer ID #:** **-***1720  
**Period Ending:** 01/05/16

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******48-66 - Checking Account  
**Blanket Bond:** $8,842,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/28/12 | {11} | Dorian Wichman | Down Payment for Bankruptcy Estate's interest in pontoon boat - $500.00 monthly payments to follow | 1129-000 | 2,000.00 | | 2,000.00 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,975.00 |
| 09/22/12 | {11} | Chris and Dorian Wichman | 1st payment for Bankruptcy Estate's interest in pontoon boat | 1129-000 | 500.00 | | 2,475.00 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,450.00 |
| 10/18/12 | {11} | Chris and Dorian Wichman | 2nd payment for Bankruptcy Estate's interest in pontoon boat | 1129-000 | 500.00 | | 2,950.00 |
| 10/25/12 | | Action Auctioneering | Auction Proceeds of Sale | | 5,000.00 | | 7,950.00 |
| | {12} | | Sale at auction    4,500.00 | 1129-000 | | | 7,950.00 |
| | {13} | | Sale at auction    500.00 | 1129-000 | | | 7,950.00 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,925.00 |
| 11/12/12 | {11} | Chris and Dorian Wichman | 3rd payment for Bankruptcy Estate's interest in pontoon boat | 1129-000 | 500.00 | | 8,425.00 |
| 11/19/12 | 101 | Terry Firch | Auctioneer Fees and Expenses | | | 1,000.00 | 7,425.00 |
| | | | Commission    750.00 | 3610-000 | | | 7,425.00 |
| | | | Towing    250.00 | 3620-000 | | | 7,425.00 |
| 11/19/12 | 102 | Fox 14 Marina | Storage Lien for Four Winns Boat and Trailer | 4220-000 | | 1,600.00 | 5,825.00 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,800.00 |
| 12/17/12 | {11} | Dorian D. Wichman | 4th payment for Bankruptcy Estate's interest in pontoon boat | 1129-000 | 500.00 | | 6,300.00 |
| 12/18/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033041088 20121218 | 9999-000 | | 5,800.00 | 500.00 |
| 01/08/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033041088 20130108 | 9999-000 | | 500.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 9,000.00 | 9,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 6,300.00 | |
| | | | **Subtotal** | | 9,000.00 | 2,700.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$9,000.00** | **$2,700.00** | |

{} Asset reference(s)

Printed: 01/05/2016 12:30 PM    V.13.25

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 12-80324-TML  
**Case Name:** WICHMAN, CHRISTOPHER L.  
WICHMAN, DORIAN D.  
**Taxpayer ID #:** **-***1720  
**Period Ending:** 01/05/16  

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******6466 - Checking Account  
**Blanket Bond:** $8,842,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/19/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 5,800.00 | | 5,800.00 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,790.00 |
| 01/09/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 500.00 | | 6,290.00 |
| 01/28/13 | {11} | Dorian Wichman | 5th (final) payment for Bankruptcy Estate's interest in pontoon boat | 1129-000 | 500.00 | | 6,790.00 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,780.00 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,770.00 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,760.00 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.37 | 6,749.63 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.03 | 6,739.60 |
| 06/03/13 | 10103 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/03/2013 FOR CASE #12-80324 | 2300-000 | | 9.45 | 6,730.15 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,720.15 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.62 | 6,709.53 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,699.53 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,689.53 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.58 | 6,678.95 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,668.95 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.55 | 6,658.40 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,648.40 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,638.40 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,628.40 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.17 | 6,618.23 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,608.23 |
| 06/06/14 | 10104 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/06/2014 FOR CASE #12-80324 | 2300-000 | | 12.12 | 6,596.11 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,586.11 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.41 | 6,575.70 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,565.70 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.07 | 6,555.63 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,545.63 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,535.63 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.65 | 6,524.98 |

Subtotals :        $6,800.00        $275.02

{} Asset reference(s)                                                                 Printed: 01/05/2016 12:30 PM    V.13.25

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 12-80324-TML  
**Case Name:** WICHMAN, CHRISTOPHER L.  
WICHMAN, DORIAN D.  
**Taxpayer ID #:** **-***1720  
**Period Ending:** 01/05/16

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******6466 - Checking Account  
**Blanket Bond:** $8,842,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,514.98 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,504.98 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,494.98 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,484.98 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,474.98 |
| 06/09/15 | 10105 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/09/2015 FOR CASE #12-80324 | 2300-000 | | 14.36 | 6,460.62 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,450.62 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,440.62 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,430.62 |
| 11/20/15 | 10106 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $2,525.50, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 2,525.50 | 3,905.12 |
| 11/20/15 | 10107 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $1,700.00, Trustee Compensation; Reference: | 2100-000 | | 1,700.00 | 2,205.12 |
| 11/20/15 | 10108 | Quantum3 Group LLC as agent for | Dividend paid 1.57% on $631.55; Claim# 1; Filed: $631.55; Reference: | 7100-000 | | 9.97 | 2,195.15 |
| 11/20/15 | 10109 | Evergreen Bank Group | Dividend paid 1.57% on $129,486.16; Claim# 2; Filed: $129,486.16; Reference: | 7100-000 | | 2,044.22 | 150.93 |
| 11/20/15 | 10110 | American InfoSource LP as agent for TD Bank, USA | Dividend paid 1.57% on $5,182.13; Claim# 3; Filed: $5,182.13; Reference: | 7100-000 | | 81.81 | 69.12 |
| 11/20/15 | 10111 | FIA CARD SERVICES, N.A. | Dividend paid 1.57% on $524.86; Claim# 4; Filed: $524.86; Reference: | 7100-000 | | 8.29 | 60.83 |
| 11/20/15 | 10112 | PYOD, LLC its successors and assigns as assignee | Dividend paid 1.57% on $3,853.35; Claim# 5; Filed: $3,853.35; Reference: | 7100-000 | | 60.83 | 0.00 |

|  |  |  |
|---|---:|---:|
| **ACCOUNT TOTALS** | 6,800.00 | 6,800.00 $0.00 |
| Less: Bank Transfers | 6,300.00 | 0.00 |
| **Subtotal** | 500.00 | 6,800.00 |
| Less: Payments to Debtors | | 0.00 |
| **NET Receipts / Disbursements** | **$500.00** | **$6,800.00** |

{} Asset reference(s)   Printed: 01/05/2016 12:30 PM   V.13.25

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 12-80324-TML | Trustee: | STEPHEN G. BALSLEY (330410) |
| --- | --- | --- | --- |
| Case Name: | WICHMAN, CHRISTOPHER L. | Bank Name: | Rabobank, N.A. |
| | WICHMAN, DORIAN D. | Account: | ******6466 - Checking Account |
| Taxpayer ID #: | **-***1720 | Blanket Bond: | $8,842,000.00  (per case limit) |
| Period Ending: | 01/05/16 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |

| | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| TOTAL - ALL ACCOUNTS | | | |
| Checking # ****-******48-66 | 9,000.00 | 2,700.00 | 0.00 |
| Checking # ******6466 | 500.00 | 6,800.00 | 0.00 |
| | $9,500.00 | $9,500.00 | $0.00 |

{} Asset reference(s)                                                                                      Printed: 01/05/2016 12:30 PM        V.13.25